**FORM 9** (Rev. 11/93)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| In the matter of:<br>JOHNSON, GARY A<br>JOHNSON, CYNTHIA L<br>JOHNSON, GARY ALLEN<br>JOHNSON, CYNTHIA LEA | Case No. 09-54761 CKP<br><br>Chapter 7<br><br>Judge C. KATHRYN PRESTON |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $4.61 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Mid Ohio Radiology<br>90 Village Pointe Drive<br>Powell, OH 43065 | #1 | $3.95 |
| Rural Anesthesia Management<br>P.O. Box 634918<br>Cincinnati, OH 45263-4918 | #4I (Surplus Interest) | $0.50 |
| 1st American Credit Solutions LLC<br>P.O. Box 1770<br>Powell, OH 43065 | #5I (Surplus Interest) | $0.16 |

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $4.61 | $0.00 |

Dated: June 9, 2011                    /s/ Frederick L. Ransier
                                        Case Trustee

cc:  U.S. Trustee