**FORM 9** (Rev. 11/93)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| In the matter of:<br>JOHNSON, GARY A<br>JOHNSON, CYNTHIA L | Case No. 09-54761 CKP<br><br>Chapter 7<br><br>Judge C. KATHRYN PRESTON |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS
### AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $15.38 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| 1st American Credit Solutions, LLC<br>P.O. Box 1770<br>Powell, OH  43065 | #5 | $15.38 |

| Total Unclaimed/Small<br>Dividends $25.00 or under | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|
| $15.38 | $0.00 |

Dated: September 8, 2011

/s/ Frederick L. Ransier
Case Trustee

cc:  U.S. Trustee